[No. 15751-9-II. Division Two. May 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT S. HERSCHLER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 91-1-00254-6, H. John Hall, J., entered January 29, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Petrich, J.

[No. 16565-1-II. Division Two. May 7, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT R. SCHLARBAUM, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 92-1-00135-1, H. John Hall, J., entered September 24, 1992. *Reversed* by unpublished per curiam opinion.

[No. 28876-8-I. Division One. May 10, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TILLMAN G. FARR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-04835-1, James J. Dore, J., entered July 17, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 28714-1-I. Division One. May 10, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY ROY GORDON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00305-6, Warren Chan, J., entered June 28, 1991. *Dismissed* by unpublished per curiam opinion.